## John Curran, Trustee *v.* Allan C. Debek, Administrator (Estate of Anthony E. Debek), et al.
### (4228)

Dupont, C. J., Hull and Spallone, Js.

Submitted on briefs June 3, 1986—decision released June 24, 1986

*Robert G. Zanesky* filed a brief for the appellant (named defendant).

*Roy W. Moss* filed a brief for the appellee (plaintiff).

Per Curiam. After this matter was scheduled for oral argument, the parties requested that they be allowed to waive oral argument and that this appeal be decided on the records and briefs.

We granted permission to waive oral argument and, after our review of the record and briefs, we find the defendant's claims of error lacking in merit.

There is no error.